

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   05–90482 – TJC   Chapter:   13

Sam McCoy Jr.
11730 Vernon Road
Waldorf, MD 20601

## ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE ON MOTION OF CHAPTER 13 TRUSTEE FOR MATERIAL DEFAULT IN PLAN PAYMENTS AFTER CONFIRMATION AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

Upon consideration of the motion to dismiss filed by the Chapter 13 Trustee, and it appearing that cause exists for this case to be dismissed pursuant to 11 U.S.C. § 1307(c) because of a material default by the debtor(s) with respect to a term of debtor(s)' confirmed plan and dismissal is in the best interests of creditors and the estate, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above–referenced Chapter 13 case is dismissed; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor(s)
      Attorney for Debtor(s) – Ronald L. Rowland
      Chapter 13 Trustee – Timothy P. Branigan

**18.4a** – *mrybczynski*

## End of Order

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0416-0          User: mrybczyns          Page 1 of 1              Date Rcvd: Aug 23, 2007
Case: 05-90482                Form ID: pdfdbtr         Total Served: 1

The following entities were served by first class mail on Aug 25, 2007.
db          +Sam McCoy, Jr.,   11730 Vernon Road,   Waldorf, MD 20601-2903

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2007**             Signature:    *Joseph Speetjens*