```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF MARYLAND

IN RE: SAM MCCOY JR                                      CASE No.
       11730 VERNON ROAD
                                                         05-9-0482
       WALDORF MD              20601

                       FINAL REPORT AND ACCOUNT
                                                    SS#1 - XXX-XX-1232
                                                    SS#2 - XXX-XX-0000

This Case was           The Plan was              The Case was
commenced on  12/07/05  confirmed on 04/04/06     concluded on 08/23/07

THIS CASE WAS Dismissed after Confirmation
    Your trustee has maintained a detailed record of all receipts, including
the source or other identification of each receipt and of all disbursements.
Copies of these detailed records are available to the Court by the Trustee, upon
request.


TOTAL RECEIPTS                                                      4156.52
Less refunds to debtor                                  600.00
TOTAL AMOUNT OF PLAN FUND                                           3556.52

Administrative fees:
    Filing Fee                                             .00
    Attorney Fee                                         650.00
    Trustee Expense                                      160.59
    Other Costs                                             .00

TOTAL ADMINISTRATIVE FEES                                            810.59
```

| DISBURSEMENTS TO CREDITORS<br>CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| AARON RENTS INC | UNSECURED | 1300.02 | 66.06 | .00 | 1233.96 |
| ARROW FINANCIAL SERVICES | UNSECURED | 460.51 | 23.42 | .00 | 437.09 |
| COLLECHTECH SYSTEMS INC | NOT FILED | .00 | .00 | .00 | .00 |
| COMPTROLLER OF TREASURY | OTHER PRI | 1788.00 | 90.81 | .00 | 1697.19 |
| COMPTROLLER OF TREASURY | UNSECURED | 1165.00 | 59.19 | .00 | 1105.81 |
| CREDIT ACCEPTANCE CORP | UNSECURED | 21536.89 | 1095.19 | .00 | 20441.70 |
| CREDIT ACCEPTANCE CORP | UNSECURED | 18080.86 | 919.42 | .00 | 17161.44 |
| DEPARTMENT OF LABOR LICENSIN | NOT FILED | .00 | .00 | .00 | .00 |
| HOUSEHOLD TAX MASTERS | NOT FILED | .00 | .00 | .00 | .00 |
| NATIONAL MAGAZINE EXCHANGE | NOT FILED | .00 | .00 | .00 | .00 |

| DISBURSEMENTS TO CREDITORS<br>CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| PREMIER BANKCARD/CHARTER | NOT FILED | .00 | .00 | .00 | .00 |
| RESURGENT ACQUISITION | UNSECURED | 1600.39 | 81.39 | .00 | 1519.00 |
| SPRINT PCS | NOT FILED | .00 | .00 | .00 | .00 |
| T MOBILE USA INC | UNSECURED | 247.07 | 12.56 | .00 | 234.51 |
| UNITED STATES TREASURY | OTHER PRI | 6009.42 | 305.24 | .00 | 5704.18 |
| UNITED STATES TREASURY | UNSECURED | 1822.03 | 92.65 | .00 | 1729.38 |
| SAM MCCOY JR | REFUND | 600.00 | 600.00 | | |

|  | Priority | Secured | Unsecured | Continuing Debt |
|---|---|---|---|---|
| Total amount allowed | 7797.42 | .00 | 46212.77 | .00 |
| Total amount paid : | 396.05 | .00 | 2349.88 | .00 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

cc: RONALD L ROWLAND ESQ
2453 VINEYARD LANE

CROFTON MD                    21114

TIMOTHY P. BRANIGAN

DATED :01/30/08